**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**NOTICE OF APPEARANCE**<br><br>This Notice Relates to:<br><br>*Abner, et al. v. 3M Company, et al.*<br><br>**Case No. 2:26-cv-06013-RGM** |

**PLEASE TAKE NOTICE** that Blair B. Matyszczyk, of Justice for the Masses, LLC, hereby appears as attorney of record for the Plaintiffs in the above-referenced action. All papers to this action should be served upon the undersigned at the address stated below.

Date: November 23, 2026

Respectfully Submitted,

*/s/ Blair B. Matyszczyk*
Blair B. Matyszczyk
**Justice For The Masses, LLC**
1100 Main St., Ste. 2550
Kansas City, MO 64105
T: (888) 444-0133
F: (816) 794-4075
Blair@TheMasses.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

By: *<u>/s/ Blair B. Matyszczyk</u>*
Blair B. Matyszczyk

*Attorney for Plaintiffs*